IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TONY YOUNG                                                                                          PLAINTIFF

VS.                                                         CIVIL ACTION NO.: 4:17CV090-DMB-JMV

COAHOMA COUNTY SCHOOL
DISTRICT AND XANDRA BROOKS-
KEYS, IN HER OFFICIAL PERSONAL
AND INDIVIDUAL CAPACITIES                                                          DEFENDANTS

## ORDER

**THIS CAUSE IS** before the Court on Defendant Xandra Brooks-Keys' Motion to Stay Discovery pursuant to Uniform Local Rule 16(b)(3)(B) on the ground that as an employee and superintendent of the Coahoma County School District, Defendant Xandra Brooks-Key is entitled to qualified immunity from Plaintiff's claims.

Uniform Local Rule 16(b)(3)(B) provides that the filing of "a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery pending the court's ruling on the motion, including any appeal." There having been a motion to dismiss on qualified immunity grounds filed on November 28, 2017, the Court finds Defendant's Motion to Stay Discovery well taken.

Based on the foregoing, it is ordered that Defendant's Motion to Stay Discovery is **granted.**

**IT IS HEREBY ORDERED** that all discovery is STAYED pursuant to Uniform Local Rule 16(b)(3)(B).

SO ORDERED this 1st day of December, 2017.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE